IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH EDWARD TETHER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-5925

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 7, 2016.

An appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

Carlos J. Martinez, Public Defender, Shannon M. Hemmendinger, Assistant Public Defender, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, Tayo Popoola and Thomas H. Duffy, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.